*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                                    Chapter: 7

    Hillary White Jean−Joseph

                Debtor(s)                                    Bankruptcy No: 23−10273−amc

*O R D E R*

**AND NOW,** this 30th day of January 2023 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Chapter 7 Statement of Your Current Monthly Income Form 122A−1 Due2/13/2023
    Means Test Calculation Form 122A−2 − If Applicable − Due: 2/13/2023.
    Schedules AB,C,D,E,F, G, H, I, J due 2/13/2023.
    Statement of Financial Affairs due 2/13/2023.
    Summary of Assets and Liabilities Form B106 due 2/13/2023.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                By the Court

                Ashely M. Chan
                Judge , United States Bankruptcy Court